Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.854.6899
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DUANE SMITH, | ) |
| | ) CASE NO.: 2:12-cv-10980-DTB |
| Plaintiff, | ) |
| v. | ) |
| | ) [~~PROPOSED~~] ORDER AWARDING |
| CAROLYN W. COLVIN, Acting, | ) EAJA FEES |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND EIGHT HUNDRED NINETY DOLLARS AND 00/100 ($3,890.00) subject to the terms of the stipulation.

DATED: March 19, 2014

HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

-1-